

# THE THIRTEENTH COURT OF APPEALS

### 13-13-00393-CV

HILARIO VILLANUEVA AND GRACIELA VILLANUEVA
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF THE MORGAN STANLEY ABS CAPITAL I INC TRUST
2003-NC10, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2003-NC10

On appeal from the
County Court at Law No. 4 of Williamson County, Texas
Trial Cause No. 12-1551-CC4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

February 12, 2015.